# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-619-FDW-DCK

| | |
|---|---|
| CHARLES BENZING, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| KAREY SCOTT TREADWAY, TASHA DESHAWN LOCKRIDGE, AMY RUNYAN SWEATT, STATE OF NORTH CAROLINA, NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Motion To Stay Or Hold In Abeyance This Court's Order For The Parties To Hold A Mediated Settlement Conference [D.E. 12]" (Document No. 15) filed February 12, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and applicable authority, the undersigned will <u>deny</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendants' "Motion To Stay Or Hold In Abeyance This Court's Order For The Parties To Hold A Mediated Settlement Conference [D.E. 12]" (Document No. 15) is **DENIED**.

**SO ORDERED**.

Signed: February 12, 2018

David C. Keesler
United States Magistrate Judge