# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:17-CV-619-KDB-DCK

| | |
|---|---|
| **CHARLES BENZING,** | )<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | ) **ORDER** |
| | ) |
| **KAREY SCOTT TREADWAY, TASHA DESHAWN LOCKRIDGE, AMY RUNYAN SWEATT, STATE OF NORTH CAROLINA, NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY,** | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Amended Consent Motion To Dispense With Mediation" (Document No. 52) filed January 10, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Plaintiff's counsel, the undersigned will grant the motion. However, the Court reserves the right to direct the parties to participate in some form of alternative dispute resolution at a later date.

**IT IS, THEREFORE, ORDERED** that Defendants' "Amended Consent Motion To Dispense With Mediation" (Document No. 52) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' "Motion To Dispense With Mediation" (Document No. 51) is **DENIED AS MOOT**.

Signed: January 13, 2020

David C. Keesler
United States Magistrate Judge